Kinkade, Robinson, Matthias, Day and Allen; JJ., concur. Jones, J., dissents.

## WILL-O-WAY DEVELOPMENT CO v MILLS

Ohio Supreme Court
No. 21997. Decided April 2, 1930

Kinkade, Robinson, Jones, Matthias and Day, JJ., concur. Marshall, C. J. dissents.

## SWISHER v ORRISON CIGAR CO

Ohio Supreme Court
No 21854. Decided April 2, 1930

## ERIE COUNTY FARMERS' INSURANCE CO v CRECELIUS

Ohio Supreme Court
No 21935. Decided April 2, 1930

Kinkade, Robinson, Jones, Matthias, Day and Allen, JJ., concur.

## BOZZELLI, Admrx, etc v INDUSTRIAL COMMISSION

Ohio Supreme Court
No 21904. Decided April 2, 1930